(May 22, 1961)

■ In the Matter of ESTHER BRAGLIA, Respondent, v. BRAGLIA CATERERS, INC., et al., Appellants.— Motion by appellants for a stay pending appeal, to dispense with printing and for other relief, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of BESSIE F. KLENOSKY, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Motion by appellant for leave to appeal to the Court of Appeals denied. Nolan, P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ In the Matter of the Arbitration between CHARLES E. WETZLER et al., Respondents, and WLADISLAW SANDOWSKI, Appellant.— Motion by appellant to dispense with printing of exhibits granted to the extent of dispensing with printing Exhibits C, D, E, F and G, and Exhibit I, containing the arbitration rules — the originals to be submitted on the argument of the appeal; otherwise denied. Cross motion by respondents to dismiss appeal from order dated May 2, 1961, denied with leave to renew upon the argument of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ IRVING LINDENBAUM, as Administrator, Respondent, v. ANTONIOUS GEORGAKAKOS, Appellant.— Motion by appellant for a stay of assessment of damages, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MONA PRESENT, Respondent, v. THEODORE PRESENT, Appellant.— Motion by appellant granted to the extent of permitting appellant to prosecute the appeal on the original papers and on a typewritten brief; otherwise denied. Appellant's typewritten brief shall include a copy of the opinion, if any, rendered by the Special Term. Six copies of such brief shall be filed and one copy shall be served. Respondent may also serve and file the same number of copies of her brief in typewritten form. If so advised, appellant's counsel on this motion may also act as counsel for appellant in the prosecution of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BRUNSON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDUARDO GARCIA, Appellant.— [In each action] Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.